## STATE OF CONNECTICUT *v.* JAMES L. DARDEN
## (AC 34942)

Gruendel, Keller and Bishop, Js.

Argued October 28—officially released November 19, 2013

Per Curiam. The appeal is dismissed.

## DAVID DOMINY *v.* COMMISSIONER OF CORRECTION
## (AC 34523)

Beach, Keller and Flynn, Js.

Argued October 24—officially released November 19, 2013

Per Curiam. The judgment is affirmed.

## RADCLIFFE RAYNOR *v.* COMMISSIONER
## OF CORRECTION
## (AC 34636)

Beach, Sheldon and Borden, Js.

Argued October 29—officially released November 19, 2013

Per Curiam. The appeal is dismissed.